# ELECTRONIC RECORD

COA # 14-13-00595-CR

STYLE: Carl Lee Smith v The State of Texas

COA DISPOSITION: Affirmed

DATE: June 16, 2015    Publish: No

OFFENSE: Capital Murder

COUNTY: Harris

TRIAL COURT: 351st District Court

TC CASE #:1247979

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Carl Lee Smith v The State of Texas

CCA # _____

__APPELLANT'S__    Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

___REFUSED___

DATE: __10/14/2015__

JUDGE: __Per Curiam__

CCA Disposition: __795-15__

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

---------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**